UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYMEYON V. HILL,

          Plaintiff,

   v.

NATURAL VISION MEDICAL GROUP, et al.,

          Defendants.

Case No. 21-cv-07600-YGR (PR)

**ORDER OF DISMISSAL**

This federal civil rights action[1] will be dismissed as duplicative of another pending action, *Hill v. Kay*, Case No. 21-cv-05997-YGR (PR). The Court will allow plaintiff to only pursue one action, and thus it will screen the earlier filed complaint in *Hill v. Kay*, Case No. 21-cv-05997-YGR (PR), in which plaintiff pursues an action based on a similar claim of deliberate indifference to his serious medical needs against the same defendants (Dr. Kay and the Natural Vision Medical Group) stemming from an incident on July 12, 2021 involving defendants' failure to treat plaintiff's left eye injury and resulting severe eye pain/partial blindness. For the foregoing reasons, the complaint in the instant action is DISMISSED as duplicative.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: February 3, 2022

                                                   JUDGE YVONNE GONZALEZ ROGERS
                                                   United States District Judge

---

[1] This action was originally filed in the Western Division of the United States District Court for the Central District of California, and it was later transferred to this district. *See* Dkts. 1, 5, 8, 10. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 7.